1 Jerome Johnson #51005
2 Lovelock Correctional Center
3 1200 Prison Rd.
4 Lovelock NV 89419
5 Plaintiff in pro se

United States District Court
District of Nevada

| Jerome Johnson, | Case No. 3:21-cv-00263-ART-CSD |
|---|---|
| Plaintiff, | |
| v. | Motion For Docket Sheet To |
| Perry Russell, et al., | Be Electronically Served To |
| Defendants. | Plaintiff |

Plaintiff, Jerome Johnson, in pro se,[1] respectfully moves the Court for an order directing the Clerk of the Court to electronically serve him a docket sheet in this case via the law library at Lovelock Correctional Center. Plaintiff cannot access the Court's electronic filing system on his own. (Plaintiff recognizes that movants usually are required to provide Points and Authorities, but submits that such is not necessary for this particular request.)

Respectfully Submitted this 18th day of October, 2022.

x Jerome Johnson
Jerome Johnson, plaintiff

FN1) With assistance by another inmate.